# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TYGER MANUFACTURING LLC, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> VPR BRANDS, LP, ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 2:17-cv-00432-GMN-NJK <br><br> ORDER |

The pending order to show cause (Docket No. 13) is hereby **DISCHARGED**.

IT IS SO ORDERED.

DATED: June 27, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge